FILED
CLERK, U.S. DISTRICT COURT

March 28, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

FILED NUNC PRO TUNC
July 21, 2016

JS-6

LAW OFFICES OF MATTHEW D. RIFAT, APC
3703 CAMINO DEL RIO SOUTH, SUITE 200
SAN DIEGO, CALIFORNIA 92108
(619) 282-0185

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCOUNTS RECEIVABLE ACQUISITIONS, LLC, a California limited liability company,<br><br>    *Plaintiff*,<br><br>    *v.*<br><br>SAUD KHALEEFA AL-MADAJ, an individual,<br><br>    *Defendants*. | Civil Action No. 2:16-cv-02122<br><br>[~~PROPOSED~~] DEAULT JUDGMENT |

## **DEFAULT JUDGMENT**

The Defendant, SAUD KHALEEFA AL-MADAJ, an individual, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff and upon declaration that this Defendant is indebted to Plaintiff in the principal sum of Nine Million Nine Hundred Thirty Three Thousand One Hundred Ninety Three Dollars ($9,933,193.00); that Defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, AND DECREED, that Plaintiff ACCOUNTS RECEIVABLE ACQUISITIONS, LLC, recover of and from Defendant SAUD KHALEEFA AL-MADAJ, the sum of Nine Million Nine Hundred Thirty Three Thousand One Hundred Ninety Three Dollars ($9,933,193.00), plus costs and interest according to law from the date of this judgment until the entire amount is paid. IT IS SO ORDERED.

DATED: July 21, 2016

*S. James Otero*
U.S. DISTRICT JUDGE

# DECLARATION OF MATTHEW D. RIFAT

I, Matthew D. Rifat, declare and depose the following under oath:

1. I am duly admitted to practice before this Court and am counsel for Plaintiff herein. If called upon as a witness, I could and would competently testify to the following facts from my own personal knowledge.

2. Defendant SAUD KHALEEFA AL-MADAJ was served pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure by registered mail issued by the Clerk on April 14, 2016.

3. The applicable time limit for the Defendant to appear or otherwise respond to this action expired on May 5, 2016. The time to plead or otherwise respond to the Complaint has not been extended by any agreement of the parties or any order of the Court.

4. The Defendant has failed to serve or file a pleading or otherwise respond to the Complaint. The applicable time limit for responding to the complaint has expired.

5. The Defendant is not a minor or an incompetent person.

6. The Defendant is not currently in the military service and therefore the Servicemembers Civil Relief Act does not apply.

7. The Summons, Complaint, Notice to Parties of Court-Directed ADR Program, and Notice of Assignment to United States Judges ("Service Documents") were served via International Registered Mail through the United States Postal Service consistent with Rule 4 of the Federal Rules of Civil Procedure which provides for such service. The Service Documents were delivered to the Defendant's address in the Kingdom of Saudi Arabia on April 25, 2015 and the addressee has been advised of delivery. Having been given notice of these proceedings by a

- 4 -

method reasonably calculated to give notice and there having been no response within the required timeframe, the Clerk ought to enter the Defendant's default.

       8.      Attached hereto as **Exhibit "A"** is a true and correct copy of the United States Postal Service report for the delivery of the Service Documents.  It is unknown whether and when a return receipt will be received.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 23, 2016, at San Diego, California.


/s/Matthew D. Rifat
_____
Matthew D. Rifat

Law Offices of Matthew D. Rifat, APC
3703 Camino del Rio South, Suite 200
San Diego, California 92108
(619) 282-0185